**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHANNA KATARIINA TARKELA, | |
| Plaintiff, | Case No.: 1:24-cv-01036 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

### DECLARATION OF JOHANNA KATARIINA TARKELA

I, JOHANNA KATARIINA TARKELA, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Johanna Tarkela Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a digital artist who specializes in realism and creating colorful and bright images that play with light and shadow. I have been a full-time freelancer since 2015 after graduating from Norwich University of the Arts with a Bachelor of Arts in illustration. I am heavily influenced by the natural world around us including the creatures and environments. There is something about all the different textures, especially on animals, that hooks me and feeds my attention to capture these details. My artwork has realistic elements, but I enjoy adding a little bit of fantasy to them. Currently my work focuses on

creating covers for novels and board games. I have also created illustrations for schoolbooks. Some of my clients are Sanoma, HarperCollins, and Hachette.

4. I am the official source of products associated with the Johanna Tarkela Works (the "Johanna Tarkela Products"):



https://www.inprnt.com/canvas/johis/?sort=Trending

5. I am the owner of the copyright registrations for the Johanna Tarkela copyrighted works, which include United States Copyright Registration Nos. VA 2-373-584; VA 2-373-580; VA 2-373-588; VA 2-373-575; VA 2-373-369; VA 2-373-353; VA 2-373-582; VA 2-373-581; VA 2-373-583; VA 2-373-578; and VA 2-373-579 (the "Johanna Tarkela

2

Works"). True and correct copies of the copyright registrations for the Johanna Tarkela Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Johanna Tarkela Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Johanna Tarkela Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Johanna Tarkela Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized Johanna Tarkela Products to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Johanna Tarkela Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Johanna Tarkela Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Johanna Tarkela Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the

copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Johanna Tarkela Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Johanna Tarkela copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Johanna Tarkela Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Johanna Tarkela Works are meant to be exclusive rights.

13. The marketing and distribution of the Johanna Tarkela Works and derivative works are aimed at growing and sustaining sales. When infringers use the Johanna Tarkela Works without authorization, the exclusivity associated with the Johanna Tarkela Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Johanna Tarkela Works create the impression that the copyright rights associated with the Johanna Tarkela Works may be infringed with impunity. The Johanna Tarkela Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality

standards. When infringers use the Johanna Tarkela Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Johanna Tarkela Works cannot be compensated for financially since it erodes my ability to monetize the Johanna Tarkela Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2024.

_____
Johanna Katariina Tarkela