Exhibit 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-584

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Fairy Lights

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** December 18, 2018
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Johanna Katariina Tarkela
  **Pseudonym:** Johis / Lhuin / Johisart
  **Author Created:** 2-D artwork
  **Citizen of:** Finland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-580

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

Title of Work: Eden

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: January 12, 2013
Nation of 1st Publication: United Kingdom

## Author

- Author: Johanna Katariina Tarkela
  Pseudonym: Johis / Lhuin / Johisart
  Author Created: 2-D artwork
  Citizen of: Finland
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

Name: Johanna Katariina Tarkela
Email: contact@johannatarkela.com
Address: 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

Name: David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-588

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** A small swim for a tiger

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 03, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Johanna Katariina Tarkela
  **Pseudonym:** Johis / Lhuin / Johisart
  **Author Created:** 2-D artwork
  **Citizen of:** Finland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-373-575**

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

**Title of Work:** Pearlescent

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 13, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Johanna Katariina Tarkela
  **Pseudonym:** Johis / Lhuin / Johisart
  **Author Created:** 2-D artwork
  **Citizen of:** Finland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-369

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 04, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Wanderer |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 09, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Johanna Katariina Tarkela |
| **Pseudonym:** | Johis / Lhuin / Johisart |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Finland |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Johanna Katariina Tarkela |
| | 18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Johanna Katariina Tarkela |
| **Email:** | contact@johannatarkela.com |
| **Address:** | 18 Foxgloves |
| | Middlesbrough TS8 0XA United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-353

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 04, 2023

---

## Title

**Title of Work:** Polar Night

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 17, 2019
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Johanna Katariina Tarkela
  **Pseudonym:** Johis / Lhuin / Johisart
  **Author Created:** 2-D artwork
  **Citizen of:** Finland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-582

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** Valentine's Foxes

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 14, 2013
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Johanna Katariina Tarkela
  **Pseudonym:** Johis / Lhuin / Johisart
  **Author Created:** 2-D artwork
  **Citizen of:** Finland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-581

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

|  |  |
|---|---|
| Title of Work: | The Ragdolls |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | September 27, 2016 |
| Nation of 1st Publication: | United Kingdom |

## Author

|  |  |
|---|---|
| Author: | Johanna Katariina Tarkela |
| Pseudonym: | Johis / Lhuin / Johisart |
| Author Created: | 2-D artwork |
| Citizen of: | Finland |
| Pseudonymous: | Yes |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Johanna Katariina Tarkela |
|  | 18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| Name: | Johanna Katariina Tarkela |
| Email: | contact@johannatarkela.com |
| Address: | 18 Foxgloves |
|  | Middlesbrough TS8 0XA United Kingdom |

## Certification

|  |  |
|---|---|
| Name: | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-373-583

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Jump Into Fall |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 03, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Johanna Katariina Tarkela |
| **Pseudonym:** | Johis / Lhuin / Johisart |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Finland |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Johanna Katariina Tarkela<br>18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Johanna Katariina Tarkela |
| **Email:** | contact@johannatarkela.com |
| **Address:** | 18 Foxgloves<br>Middlesbrough TS8 0XA United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-578

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

---

## Title

**Title of Work:** White and Pink

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 19, 2018
**Nation of 1st Publication:** United Kingdom

## Author

• **Author:** Johanna Katariina Tarkela
**Pseudonym:** Johis / Lhuin / Johisart
**Author Created:** 2-D artwork
**Citizen of:** Finland
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Johanna Katariina Tarkela
18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom

## Rights and Permissions

**Name:** Johanna Katariina Tarkela
**Email:** contact@johannatarkela.com
**Address:** 18 Foxgloves
Middlesbrough TS8 0XA United Kingdom

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-373-579

**Effective Date of Registration:**
September 27, 2023
**Registration Decision Date:**
December 05, 2023

## Title
_____

|                |                      |
|----------------|----------------------|
| **Title of Work:** | Encounter in the Night |

## Completion/Publication
_____

|                              |                  |
|------------------------------|------------------|
| **Year of Completion:**      | 2016             |
| **Date of 1st Publication:** | February 12, 2016 |
| **Nation of 1st Publication:** | United Kingdom   |

## Author
_____

|                     |                             |
|---------------------|-----------------------------|
| **Author:**         | Johanna Katariina Tarkela   |
| **Pseudonym:**      | Johis / Lhuin / Johisart    |
| **Author Created:** | 2-D artwork                 |
| **Citizen of:**     | Finland                     |
| **Pseudonymous:**   | Yes                         |

## Copyright Claimant
_____

|                          |                                                          |
|--------------------------|----------------------------------------------------------|
| **Copyright Claimant:**  | Johanna Katariina Tarkela                                |
|                          | 18 Foxgloves, Middlesbrough, TS8 0XA, United Kingdom     |

## Rights and Permissions
_____

|            |                                      |
|------------|--------------------------------------|
| **Name:**  | Johanna Katariina Tarkela            |
| **Email:** | contact@johannatarkela.com           |
| **Address:** | 18 Foxgloves                       |
|            | Middlesbrough TS8 0XA United Kingdom |

## Certification
_____

|            |               |
|------------|---------------|
| **Name:**  | David Denholm |

