## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JOHANNA TARKELA,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.:  1:24-cv-01036

Judge Jorge L. Alonso

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 159 | NBS SHOP |
| 103 | Artsplving |
| 5 | Ditana |
| 77 | newsight |
| 92 | Elisha Sirw |
| 4 | XJLD-US Mall |
| 32 | ToBe-Unique |
| 181 | suzho888 |
| 117 | IFREE STORE |
| 160 | Special creative |
| 24 | Xiangchengshimogannashangmaoyouxiangongsi |
| 12 | Xiangchengshizhongqiushangmaoyouxiangongsi |
| 169 | YAMEN |
| 99 | Artunion-US |
| 10 | WENRUIKUDE |
| 3 | ALOTS |
| 174 | BBQIN |
| 94 | UNIME |
| 119 | QJUHUNG Co. Ltd |
| 43 | Yazzy Store |

| | |
|---|---|
| 45 | Levises Shop |
| 163 | XUNTUOO |
| 179 | ThuThuyDesign |
| 66 | Dewdrops s |
| 102 | JesMolla US |
| 101 | AOKLLA Store |
| 25 | Gdmoon |
| 79 | LAOLIUSN-ARORALS |
| 156 | Yanzi Process Production Facto |
| 18 | Aiterwu |
| 62 | Mavis Laven |
| 63 | Lisopiu |
| 64 | U.Tenweet |
| 65 | Dedalan |
| 67 | Tatamont |
| 164 | WarmHomeShop |
| 168 | Smiling Sir |
| 19 | yiwushijimeidianzishangwushanghang |
| 171 | STFS |
| 123 | FIYO ART STORE |
| 147 | FIYO Diamond Painting Art |
| 180 | Wholesale Products Store |
| 162 | Stateless Kids |
| 175 | bedding*factory*store |
| 177 | wholesale*factory*store888 |

DATED:  April 5, 2024                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 5, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt