**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHANNA KATARIINA TARKELA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-01036<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JOHANNA KATARIINA TARKELA ("Tarkela" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Tarkela having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Tarkela having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Tarkela has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Tarkela's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-373-584; VA 2-373-580; VA 2-373-588; VA 2-373-575; VA 2-373-369; VA 2-373-353; VA 2-373-582; VA 2-373-581; VA 2-373-583; VA 2-373-578; and VA 2-373-579 (the "Johanna Tarkela Works") to residents of Illinois. In this case, Tarkela has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Johanna Tarkela Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Johanna Tarkela Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Tarkela's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Johanna Tarkela Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Johanna Tarkela product or not authorized by Tarkela to be sold in connection with the Johanna Tarkela Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Johanna Tarkela product or any other product produced by Tarkela, that is not Tarkela's or not produced under the authorization, control, or supervision of Tarkela and approved by Tarkela for sale under the Johanna Tarkela Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Tarkela, or are sponsored by, approved by, or otherwise connected with Tarkela; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Tarkela, nor authorized by Tarkela to be sold or offered for sale, and which bear any of Tarkela's copyrights, including the Johanna Tarkela Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Temu, LLC ("Temu"), Walmart Inc. ("Walmart"), and ContextLogic Inc. d/b/a Wish.com ("WISH") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Johanna Tarkela Works; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Johanna Tarkela Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Johanna Tarkela product or not authorized by Tarkela to be sold in connection with the Johanna Tarkela Works.

3. Upon Tarkela's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Johanna Tarkela Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Tarkela is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for

willful use of infringing Johanna Tarkela Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, eBay, PayPal, Temu, Walmart, and WISH, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, eBay, PayPal, Temu, Walmart, and WISH are hereby released to Tarkela as partial payment of the above-identified damages, and Third Party Providers, including Amazon, eBay, PayPal, Temu, Walmart, and WISH, are ordered to release to Tarkela the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Tarkela has recovered full payment of monies owed to it by any Defaulting Defendant, Tarkela shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Tarkela identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Tarkela may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Johanna Katariina Tarkela and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: April 11, 2024

_____
Jorge L. Alonso
United States District Judge

# First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | HuWenqi-HuWenqi |
| 2 | Aeocidy |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 | Bryant 95 |
| 7 | UfcellStore |
| 8 |  |
| 9 | hongdongxianweiyidamaoyiyouxiangongsis |
| 10 |  |
| 11 | Giorreny |
| 12 |  |
| 13 |  |
| 14 | TerryBDoyalp |
| 15 | Lius Grocery store |
| 16 | caoyuamz |
| 17 | jueoushijia |
| 18 |  |
| 19 |  |
| 20 | Kushnir handmade |
| 21 | qianyunxiao |
| 22 | Hao run |
| 23 | NEED COLORS CRAFTS |
| 24 |  |
| 25 |  |
| 26 | 昆明明宁昊科技有限公司 |
| 27 | zfangaaa |
| 28 | Polepole Shop |
| 29 | XIUXIANG-US |
| 30 | KOMALO |
| 31 | enostore |
| 32 |  |
| 33 | Zhulaoda1 |
| 34 | BinZhouZhiHuiDianZiShangWuYouXianGongSi |
| 35 | KARTXITAI |
| 36 | DOULM |
| 37 |  |

| 38 | dongting-YQ |
| --- | --- |
| 39 | FuBu |
| 40 | CFRBTRMN |
| 41 | sunmo |
| 42 | Nareluluio |
| 43 | |
| 44 | OhYounFashion |
| 45 | |
| 46 | CLQHTGfushi |
| 47 | REALLYINSIDE |
| 48 | RWsmkj |
| 49 | fuyangshiyafeiweidianzishangwu |
| 50 | EiansWoocher |
| 51 | Kevin zhangxiang |
| 52 | huofenghuang |
| 53 | LOPAE-US |
| 54 | frcw |
| 55 | HuuiYiy |
| 56 | qingchen666 |
| 57 | zhanghui23 |
| 58 | YIONE-US |
| 59 | guangzhounibiaoshangmaoyouxiangongsi |
| 60 | jianyibaihuoshanghang |
| 61 | Wu miracle |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | Nordic Art |
| 69 | 木比价国际商贸 |
| 70 | ZollefyUS |
| 71 | wyjukjm |
| 72 | XDXART_Angerla |
| 73 | GiftStore ღ Qin bel |
| 74 | 临沂晟城商贸有限公司 |
| 75 | STARFISH CO.,LTD |
| 76 | yuchongqin098 |
| 77 | |
| 78 | BTTY |

| | |
|---|---|
| 79 | |
| 80 | LKXMGSMH |
| 81 | YEEWOOKA |
| 82 | Jiexi Hong |
| 83 | Clear Sky Star Stor |
| 84 | CCHKanJun |
| 85 | qionghailiqindianshangmaoyouxiangongsi |
| 86 | beautiful bedding sets |
| 87 | luoyanglanmishengwukejiyouxiangongsi |
| 88 | Yrxxxxxx |
| 89 | Happy Family Decoration Store |
| 90 | YULONGYOUXIANGONGSI |
| 91 | Yangxs |
| 92 | |
| 93 | Zhang hai tao |
| 94 | |
| 95 | xingxiu |
| 96 | maotianxinghgddf |
| 97 | ToBeGame |
| 98 | yu jia heng |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | youmaou |
| 105 | lglai |
| 106 | DaDing Store |
| 107 | ｘｉｎｙｕｘｕａｎ |
| 108 | Chen shi fan Arts and crafts |
| 109 | NIANXIANG |
| 110 | SHENGYIYI |
| 111 | Lecky Sean James |
| 112 | linlongyishushangdian |
| 113 | gaoyaliStore |
| 114 | liangmingjiang |
| 115 | zhoulian111 |
| 116 | lishangmao |
| 117 | |
| 118 | NiuHui Luggage Company |
| 119 | |

| | |
|---|---|
| 120 | leslie store |
| 121 | TOP 1 Diamond Painting |
| 122 | FIYO DIY Diamond Painting Art |
| 123 | |
| 124 | GuasidufIw |
| 125 | FIYO Diamond Painting |
| 126 | FIYO Diamond Painting Club |
| 127 | caiden20 |
| 128 | wangxinli668 |
| 129 | FIYO Paint with Diamonds |
| 130 | Her Him toy store |
| 131 | rourouhaopiaoliang111 |
| 132 | FuduzhangmB |
| 133 | LUOSHANGHAI |
| 134 | wangwen9150 |
| 135 | HUXIAOJING |
| 136 | chenxiaorong |
| 137 | changlihua |
| 138 | huangjianyus |
| 139 | Barmond |
| 140 | enugot |
| 141 | The Crafty Cove |
| 142 | SQY |
| 143 | liushengchuan |
| 144 | 2017 alan cool |
| 145 | ZYCX lover |
| 146 | YANGXIULL |
| 147 | |
| 148 | |
| 149 | Shouzan diamond painting |
| 150 | Chongtian arts and crafts co |
| 151 | Yufei ecommerce |
| 152 | |
| 153 | Diamond color crystal color |
| 154 | LCOZX diamond painting |
| 155 | ArtFolio |
| 156 | |
| 157 | Kids cartoon clothing |
| 158 | children Girl clothing |
| 159 | |

| | |
|---|---|
| 160 | |
| 161 | super bag market |
| 162 | |
| 163 | |
| 164 | |
| 165 | Bosinaka |
| 166 | lizedianzishangwu |
| 167 | |
| 168 | |
| 169 | |
| 170 | |
| 171 | |
| 172 | taiduoa |
| 173 | Diamond sticker |
| 174 | |
| 175 | |
| 176 | jbdbaofa89 |
| 177 | |
| 178 | onlineshoppingmall2013 |
| 179 | |
| 180 | |
| 181 | |
| 182 | superbra18 |
| 183 | soaringsky33 |